IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE HARPER | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-5669 |
| | : | |
| MEINTEL | : | |
| *DEPUTY SUPERINTENDENT/ACTING* | : | |
| *SUPERINTENDENT*, et al. | : | |

## ORDER

AND NOW, this 6th day of August, 2018, upon careful and independent consideration of

Petitioner Maurice Harper's pro se Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus,

the response in opposition thereto, Harper's reply, and the available state court records, and after

review of the Report and Recommendation of United States Magistrate Judge David R.

Strawbridge, to which no objections have been filed,[1] it is ORDERED:

1.  The Report and Recommendation (Document 34) is APPROVED and

ADOPTED;

2.  Harper's petition for writ of habeas corpus is DENIED and DISMISSED; and

3.  A certificate of appealability shall not issue, as Harper has not made a substantial

showing of the denial of a constitutional right nor demonstrated that reasonable jurists would

debate the correctness of the procedural aspects of this ruling. *See* 28 U.S.C. § 2253(c)(2); *Slack*

*v. McDaniel*, 529 U.S. 473, 483-84 (2000).

The Clerk of Court is DIRECTED to mark this case CLOSED.

---

[1] The Report and Recommendation was sent to all parties of record on June 29, 2018, together with a Notice from the Clerk of Court advising the parties of their obligation to file any objections within 14 days after service of the Notice. *See* Local R. Civ. P. 72.1 IV(b) ("Any party may object to a magistrate judge's proposed findings, recommendations or report under 28 U.S.C. § 636(b)(1)(B), and subsections 1(c) and (d) of this Rule within fourteen (14) days after being served with a copy thereof."). As of today's date, no objections have been filed.

BY THE COURT:

_/s/ Juan R. Sánchez_
Juan R. Sánchez, J.